**Alma Wanjiku MUIGAI, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 13–2011.

United States Court of Appeals, Eighth Circuit.

Submitted: May 27, 2014.

Filed: May 29, 2014.

Allan Harvey Bell, Allan H. Bell & Associates, Kansas City, MO, for Petitioner.

Karen Yolanda Drummond, Justin Robert Markel, Carl H. McIntyre, Lori Warlick, U.S. Department of Justice, Washington, DC, for Respondent.

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

PER CURIAM.

Kenyan citizen Alma Wanjiku Muigai petitions for review of orders of the Board of Immigration Appeals, upholding an immigration judge's denials of her motions to reopen removal proceedings. After careful review, we conclude that no abuse of discretion occurred. *See Khrystotodorov v. Mukasey,* 551 F.3d 775, 784–85 (8th Cir.2008) (standard of review). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.